### 2730. SUMMERFORD *v.* MEYER & COMPANY.

POWELL, J. The evidence supports the verdict. *Judgment affirmed.*
DECIDED SEPTEMBER 6, 1910.

Complaint; from city court of Americus—Judge Crisp. May 3, 1910.

*L. J. Blalock,* for plaintiff in error.
*Ellis, Webb & Ellis,* contra.